## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CLIFTON WAYNE SHELTON**                                        **PLAINTIFF**
**ADC #174629**

**v.**                          **No: 4:22-cv-00885-KGB-PSH**

**MONICA R. ADAMS**                                        **DEFENDANT**

## <u>ORDER</u>

Having reviewed Clifton Wayne Shelton's amended complaint (Doc. No. 5) for screening purposes,[1] it appears that service is appropriate as to his deliberate indifference claim against defendant Monica Adams. The Clerk of the Court is directed to prepare a summons for Adams, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 5), and summons on her without prepayment of fees and costs or security therefor. Adams should be served at Hardin, Jesson & Terry, PLC, Post Office Box 10127, Fort Smith, AR 72903-0127.[2]

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] If a defendant is no longer an employee of WellPath, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.

IT IS SO ORDERED this 19th day of December, 2022.

_____

UNITED STATES MAGISTRATE JUDGE