# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CLIFTON WAYNE SHELTON**                                                                **PLAINTIFF**
**ADC #174629**

v.                              No: 4:22-cv-00885-KGB-PSH

**MONICA R. ADAMS**                                                                      **DEFENDANT**

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Recommendation has been sent to Chief United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Clifton Wayne Shelton (aka Clifton London) filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on September 26, 2022, while incarcerated at the Arkansas Division of Correction's Varner Unit (Doc. No. 1). He subsequently filed an amended complaint (Doc. No. 5), which was served on defendant Monica Adams. *See* Doc. Nos. 9-10. On November 14, 2023, Shelton notified the Court that he had

a new free-world address (Doc. No. 59). The next day, the Court ordered Shelton to submit the $350.00 filing fee,[1] or to complete and sign an IFP application reflecting his free-world financial status, and to file it within 30 days (Doc. No. 61). Shelton was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2). *Id.*

More than 30 days have passed, and Shelton has not complied or otherwise responded to the November 15 order. He has not submitted a current IFP application or paid the requiring filing fee. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Shelton's complaint (Doc. No. 1) and amended complaint (Doc. No. 5) be dismissed without prejudice and that all pending motions be denied as moot.

---

[1] As of November 14, 2023, the Court had received no funds towards the filing fee in this case.

DATED this 19th day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE