IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CLIFTON WAYNE SHELTON**                                                  **PLAINTIFF**

**v.**                                  **Case No. 4:22-cv-00885-KGB**

**MONICA R. ADAMS**                                                     **DEFENDANT**

## ORDER

Before the Court is Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 62). Plaintiff Clifton Wayne Shelton has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses Mr. Shelton's complaint and amended complaint without prejudice (Dkt. Nos. 1; 5). All pending motions are denied as moot (Dkt. Nos. 33; 40; 41; 55).

It is so ordered this the 7th day of March, 2024.

                                                         */s/ Kristine G. Baker*
                                                         Kristine G. Baker
                                                         Chief United States District Judge